1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CANCHOLA MONTOYA,<br><br>            Plaintiff,<br><br>       vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2-cv-00602 FFM<br><br>[**PROPOSED**] ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND DOLLARS ($3,000.00) for attorney fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:  July 9, 2013

/S/ FREDERICK F. MUMM
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  ANDRÉ BIROTTE JR.
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division

5

6  By:  ___/s/   Scott Borrowman___
   SCOTT J. BORROWMAN
7  Special Assistant United States Attorney

8  Attorneys for Defendant

-2-